In re the Marriage of Jerome C. BUNGART, Respondent,

v.

Connie L. BUNGART, Appellant.

No. WD 35779.

Missouri Court of Appeals, Western District.

Dec. 18, 1984.

Solbert M. Wasserstrom, Stephen K. Nordyke, Kansas City, for appellant.

Robert C. Paden, John W. Dennis, Jr., Paden, Welch, Martin, Albano & Graeff, P.C., Independence, for respondent.

Before TURNAGE, C.J., and LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from judgment changing custody of seven year old daughter from the mother to the father.

Judgment affirmed. Rule 84.16(b).